**FILED**
July 09, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Joseph Hinojos_
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| (1) Lizeth DUARTE | ) Case No. **PE: 25-MJ-368** |
| (2) Christian DUARTE | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 20, 2025** in the county of **Reeves** in the **Wester** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1956 (2)(A) | Knowingly Transports Funds with Intent to Promote an Unlawful Activity; Money Laundering |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Douglas McIntyre*
*Complainant's signature*

Douglas McIntyre, DEA-Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/09/2025

*Judge's signature*

City and state: Pecos, Texas

The Honorable US Magistrate Judge Ronald Griffin
*Printed name and title*

**ATTACHMENT**

**Defendants:**

    (1) Lizeth DUARTE
    (2) Christian DUARTE

**FACTS:**

On June 20, 2025, a Pecos County Sheriff's Office (PCSO) Deputy was working criminal interdiction on Interstate 20 in Reeves County, Texas in the Western District of Texas. At approximately 10:00AM, a RCSO Deputy initiated a traffic stop on a Gray Chevrolet Tahoe for no insurance near Mile Marker 42 on Interstate 20 near Pecos, Texas.

The driver of the Tahoe was identified as Lizeth DUARTE and passenger Christian DUARTE.

Prior to the traffic stop, according to law enforcement databases, the Tahoe crossed the Port of Entry inbound from Juarez, Chihuahua, Mexico on June 17, 2025 at 3:18PM and traveled to the Chicago, Illinois area on June 18, 2025. On June 19, 2025, the Tahoe began to travel south/west bound back towards its origin, likely Juarez, MX or El Paso, TX, implicating the Tahoe made a quick long-distance turnaround trip from Juarez, MX to Chicago, IL area.

During the traffic enforcement, Lizeth and Christian DUARTE provided inconsistent statements, observable nervous behaviors, and indicators outside the norm of the innocent motoring public. Consent to search the vehicle was granted from Lizeth DUARTE and Christian DUARTE, the registered owner of the vehicle.

During search of the vehicle, the Deputy located multiple vacuum-sealed packages of U.S. currency concealed within the rear passenger quarter panels. Both Lizeth and Christian DUARTE were detained and invoked their right to a lawyer.

Further investigation revealed, the telephone numbers provided by Lizeth and Christian were connected to ongoing criminal investigations with the Drug Enforcement Administration.

Investigators are aware, Drug Trafficking Organizations (DTOs) commonly vacuum seal narcotics and/or United States currency (USC) in an effort to suppress the odor emitted from the packaging. This method is used to reduce the likelihood of detection by law enforcement efforts. It is also uncommon for law-abiding motorists to conceal currency in sophisticated deep concealments or within the natural voids of vehicles.

Records Checks revealed Christian DUARTE was previously arrested and charged with Money Laundering in 2023.

$795,535.00 US Currency was the official money count conducted by a local bank in Pecos, Texas.

Special Agents of the Drug Enforcement Administration (DEA) are respectfully requesting the issuance of a warrant for Money Laundering based upon the facts outlined in this criminal complaint.

Respectfully submitted,

*Douglas McIntyre*
Douglas McIntyre
Special Agent
Drug Enforcement Administration

_____
\_ UNITED STATES MAGISTRATE JUDGE RONALD GRIFFIN